**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE
U.S. MAGISTRATE JUDGE

DATE: 10/21/26
TIME: 11:45 am

CASE: **CV 25-6157 (SIL) Yosway (USA) Import & Export, Corp. v. Liu et al**
TYPE OF CONFERENCE: STATUS FTR: 11:38-12:05

APPEARANCES:
For Plaintiff: Cristina Calviar and Diane Leiden

For Defendant: Alice Denenberg

**THE FOLLOWING RULINGS WERE MADE:**

☒ Other: Status conference held. Plaintiff's discovery motion, DE [42]. Is granted in part and denied in part. Consistent with the discussion on the record, the motion for sanctions is denied. At the end of the day, the Court perceives Defendant's failure to produce certain responsive information in the first instance to be the result of a lack of sophistication rather than bad faith, which he effectively remedied by permitting Plaintiff access to all of his electronics as Plaintiff saw fit, which now has and is continuing to analyze. As for redacted documents, Defendants have agreed to produce unredacted versions of theses documents no later than October 23, 2026. Finally, as to confidentiality designations, the parties will need to further brief the issue and submit the documents for the Court's review. The parties should meet and confer to set a briefing schedule. A courtesy copy of whatever is filed should be submitted to chambers. All of the motion papers should be filed and submitted no later than December 11, 2026.
As for an amended discovery schedule:
Fact discovery will conclude on November 19, 2026.
Case-in-chief expert disclosures will be served on December 21, 2026.
Rebuttal expert disclosures will be served on February 5, 2027.
Expert depositions will be concluded on March 5, 2027.
Deadline to commence summary judgment motion practice: April 9, 2027.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

5/18/27 at 10:15 am: Pretrial conference. A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge